**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-00669-REB-MEH

DAVID L. HILDEBRAND, an individual,

      Plaintiff,

v.

OEM, a/k/a OEM INDUSTIAL,
OEM COMPANY,
GREAT NECK, and
GREAT NECK SAW MANUFACTURERS, LLC,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Voluntary Dismissal With Prejudice** [#11] filed November 29, 2010.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Voluntary Dismissal With Prejudice** [#11] filed November 29, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 29, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge